COMMONWEALTH *vs.* WILFREDO ANDRADES. January 28, 1983. The defendant was convicted of distributing a controlled substance (heroin) in violation of G. L. c. 94C, § 32 (*a*), and the trial judge reported the question whether a sentencing judge had the power to suspend the apparent mandatory minimum one year term provided in § 32 (*a*). That question was resolved by the Supreme Judicial Court in *Commonwealth* v. *Gagnon*, 387 Mass. 567 (1982), and in *Commonwealth* v. *Gagnon*, 387 Mass. 768 (1982).

The judgment is reversed insofar as the indictment charges violation of G. L. c. 94C, § 32 (*a*), and the verdict is set aside insofar as it finds the defendant guilty of such violation. The case is remanded to the Superior Court, where a judge is to enter an order dismissing the indictment except as to the lesser included offense of possession of heroin. A verdict of guilty of that offense may be entered, and the defendant may be sentenced pursuant to G. L. c. 94C, § 34, which punishes the simple possession of heroin.

*So ordered.*

*Daniel E. Callahan* (*Anne C. Goldbach* with him) for the defendant.

*Linda M. Poulos,* Assistant District Attorney (*Michael J. Traft,* Assistant District Attorney, with her) for the Commonwealth.

COMMONWEALTH *vs.* ELOISE C. PAYNE. January 28, 1983. The defendant entered a plea of guilty to two indictments which charged her with distribution and possession with intent to distribute a controlled substance (heroin) in violation of G. L. c. 94C, § 32(*a*). She was sentenced and appealed. Section 32(*a*) was held unconstitutionally vague in *Com-*

monwealth v. *Gagnon,* 387 Mass. 567 (1982), and *Commonwealth* v. *Gagnon,* 387 Mass. 768 (1982).

The judgments are reversed insofar as they charge violations of G. L. c. 94C, § 32(*a*), and the findings of the judge are set aside insofar as they find the defendant guilty of such violations. The case is remanded to the Superior Court, where the judge is to enter an order dismissing the indictments except as to the lesser included offense of possession of heroin. A finding of guilty of that offense may be entered, and the defendant may be sentenced pursuant to G. L. c. 94C, § 34, which punishes the simple possession of heroin.

*So ordered.*

*Daniel E. Callahan (Anne C. Goldbach* with him) for the defendant.

*Linda M. Poulos,* Assistant District Attorney (*Michael J. Traft,* Assistant District Attorney, with her) for the Commonwealth.